Submitted November 8, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1130

Commonwealth v. Miller, Appellant.

Argued March 15, 1977. Robert B. Lieberman, with him George W. Gekas, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1130

Commonwealth v. Miller, Appellant.

Submitted February 23, 1976. Benjamin Lerner, Defender, for appellant; F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1130

Commonwealth v. Moore, Appellant.

Submitted June 14, 1976. Michael D. Fioretti, and Peruto, Ryan & Vitullo, for appellant; Pamela Esposito, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1131

Commonwealth, Appellant, v. Morgan.